CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN (SBN 192632)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA (95825-8201)
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants BARBARA ANN CORTLAND; ROBERT HOWARD DRITZ; MARGARET JEAN DRITZ-WEINBERG; JANICE ELLEN WATERMAN; individually and as co-trustees of the THEODORE DRITZ REVOCABLE TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARBARA ANN CORTLAND; ROBERT HOWARD DRITZ; MARGARET JEAN DRITZ-WEINBERG; JANICE ELLEN WATERMAN; each individually and as co-trustees of the THEODORE DRITZ REVOCABLE TRUST; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:05-CV-02459-LKK-JFM<br><br>STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; AND ORDER THEREON |

COME NOW, plaintiff, SCOTT N. JOHNSON, ESQ, *in propria persona*, and defendants BARBARA ANN CORTLAND; ROBERT HOWARD DRITZ; MARGARET JEAN DRITZ-WEINBERG; JANICE ELLEN WATERMAN; individually and as co-trustees of the THEODORE DRITZ REVOCABLE TRUST, by and through their attorney of record, CHARLES S. PAINTER of ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, and submit the following stipulation for the court's consideration:

WHEREAS, this litigation arises out of allegations of violations of the Americans with Disabilities Act.

1  WHEREAS, on December 5, 2005, plaintiff filed a complaint and named as defendant, THEODORE D. DRITZ as trustee of the THEODORE DRITZ REVOCABLE TRUST, and attempted to serve said complaint on THEODORE D. DRITZ as the trustee of the THEODORE DRITZ REVOCABLE TRUST.

WHEREAS plaintiff's attempted service upon THEODORE D. DRITZ as trustee of the THEODORE DRITZ REVOCABLE TRUST was invalid because THEODORE D. DRITZ died on May 11, 2004.

WHEREAS, on January 18, 2006, plaintiff amended his complaint to name the successor trustees as defendants.

WHEREAS, the successor trustees have authorized CHARLES S. PAINTER of ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM to accept service of the First Amended Summons and First Amended Complaint on their behalf.

WHEREAS, the First Amended Complaint was served on Mr. Painter on January 18, 2006.

WHEREAS, Defendants' responsive pleading is due on February 10, 2006 which is after the date set by this court for the February 6, 2006 Status (Pretrial Scheduling) Conference;

WHEREAS, the parties are presently attempting to resolve this matter and request additional time prior to any Status Conference to make a good faith effort at settling this matter.

IT IS HEREBY STIPULATED that the Status (Pretrial Scheduling) Conference currently scheduled for February 6, 2006, be continued for sixty to ninety days.

DATED: January 26, 2006

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

s/ Charles S. Painter

By: _____
CHARLES S. PAINTER
Attorneys for Defendants BARBARA ANN CORTLAND; ROBERT HOWARD DRITZ; MARGARET JEAN DRITZ-WEINBERG; JANICE ELLEN WATERMAN; individually and as co-trustees of the THEODORE DRITZ REVOCABLE TRUST

DATED:   January 26, 2006          LAW OFFICES OF SCOTT N. JOHNSON

s/ Scott N. Johnson

By _____
SCOTT N. JOHNSON
Plaintiff *in propria persona*

## ORDER

Upon a showing of good cause, IT IS HEREBY ORDERED, that the Status Conference on February 6, 2006, is continued to April 3, 2006, at 1:30 p.m.  The parties are reminded of their obligation to file and serve status reports not later than ten days preceding the conference.

DATED: February 2, 2006.          /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge