UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          NO. CIV. S-05-2459 LKK/JFM

    Plaintiff,

  v.                            O R D E R

BARBARA ANN CORTLAND, et al.,

    Defendants.
_____/

    The court is in receipt of the parties' second stipulation and request to continue the Status Conference currently set for April 3, 2006. The Status Conference is hereby CONTINUED to July 10, 2006 at 2:30 p.m. All previously set dates are VACATED. The court will not entertain any future requests to continue the Status Conference.

    IT IS SO ORDERED.

    DATED: March 28, 2006

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT