1  CHARLES S. PAINTER (SBN 89045)
   REGINALD A. DUNN  (SBN 192632)
2  ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.
3  100 Howe Avenue, Suite 110 South
   Sacramento, CA   (95825-8201)
4  (916) 483-5181 Telephone
   (916) 483-7558 Facsimile
5

6  Attorneys for Defendants

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
   SCOTT N. JOHNSON                ) CASE NO. 2:05-CV-02459-LKK-JFM
11                                 )
            Plaintiff,              )
12                                 ) STIPULATION AND ORDER RE:
   vs.                              ) DISMISSAL OF DEFENDANTS
13                                 ) WITH PREJUDICE
   BARBARA ANNE CORTLAND, ROBERT   )      [ FRCP, RULE 41 ]
14 HOWARD DRITZ, MARGARET JEAN     )
   DRITZ-WEINBERG, JANICE ELLEN    )
15 WATERMAN, EACH INDIVIDUALLY      )
   AND AS CO-TRUSTEES OF THE       )
16 THEODORE DRITZ REVOCABLE         )
   TRUST; AND DOES 1-10, INCLUSIVE
17
            Defendants.
18

19       COMES NOW Plaintiff, SCOTT N. JOHNSON, ESQ., *in propria persona*, and Defendants

20 BARBARA ANNE CORTLAND, ROBERT HOWARD DRITZ, MARGARET JEAN DRITZ-

21 WEINBERG, JANICE ELLEN WATERMAN, INDIVIDUALLY AND AS CO-TRUSTEES OF

22 THE THEODORE DRITZ REVOCABLE TRUST by and through their attorneys of record, Charles

23 S. Painter of Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc., and stipulate that this entire

24 action  shall be dismissed, with prejudice.

25 ///

26 ///

27 ///

28
STIPULATION RE DISMISSAL
06-007/PLEADING.008                          1
CSP::ep

| | | |
|---|---|---|
| 1 | DATED: April 21, 2006 | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM |

                                                             s/Charles S. Painter

By: _____
      CHARLES S. PAINTER
      Attorney for Defendants

DATED: April 21, 2006         LAW OFFICES OF SCOTT N. JOHNSON

                                                            s/Scott N. Johnson

By _____
     SCOTT N. JOHNSON
     Plaintiff *in propria persona*

## **ORDER**

GOOD CAUSE APPEARING and pursuant to the stipulation of counsel, it is hereby ordered that this action is dismissed, with prejudice.

DATED: April 27, 2006.

                                      /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT